USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/2/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X

ALEX CRUZ,

                Plaintiff,        19 Civ. 10962 (LLS)

  - against -                    ORDER

JEREMY FIGUEROA and
PACE MOTOR LINES, INC.,

                Defendants.
- - - - - - - - - - - - - - - - - - -X

    Sufficient cause appearing, the conference scheduled for Friday, April 3, 2020 at 3:00 P.M. is adjourned <u>sine die</u>. In lieu of personal appearances, counsel shall, jointly or separately, write the Court (a) defining the issues as perceived by counsel, (b) defining any problems in the case administration which they anticipate, and their suggestion for resolution of them, (c) defining any difficulties related to discovery and assessing their urgency, (d) setting forth, in brief, the gist of the evidence they expect to present with regard to the merits of the case, and (e) setting forth an agreed proposed schedule for the proceedings between now and trial. When circumstances permit, the Court will reschedule the conference with due attention to counsels' convenience.

    So ordered.

Dated:  New York, New York
       April 2, 2020

                                              *Louis L. Stanton*
                                              LOUIS L. STANTON
                                                  U.S.D.J.